■ In the Matter of MYRON E. SIMON, Petitioner, against JOHN I. GREY et al., Constituting the State Liquor Authority, Respondents.— Determination confirmed, without costs. All concur, except Williams, J., who dissents and votes to annul the determination and to grant the application. (Review of the action of the State Liquor Authority in refusing to issue a liquor license for premises in the city of Buffalo, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ ANN FREEDMAN, Appellant, v. CITY OF ROCHESTER, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term dismissing the complaint in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY JOSEPH NAPOLI, Appellant.— Motion for leave to appeal to the Court of Appeals dismissed. (See *People* v. *Hatzis,* 297 N. Y. 163, and Code Crim. Pro., § 520.) Present — McCurn, P. J., Kimball, Wheeler and Williams, JJ. [See *ante,* p. 759.]

■ EVERYBODY'S PUBLISHING CO., INC., Appellant, v. CRESTWOOD PUBLISHING Co., INC., Respondent.— Appeal dismissed, without costs upon stipulation.

■ WALTER MACK, Plaintiff, v. WILLIAM EDELL et al., Defendants. (And related actions.) — Motion to vacate notice of appeal and dismiss appeal denied. (See *Gradl* v. *Saulpaugh,* 268 App. Div. 787.)

■ In the Matter of WILBUR McDERMOTT et al., Appellants, against JOHN JOHNSON, as Superintendent of Public Works, Respondent.— Motion granted and appeal dismissed, without costs. [See 2 A D 2d 647.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUTHER ANDERSON, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KOBRYN, Appellant.— Motion to vacate order dismissing appeal granted and time for argument of appeal enlarged to include May 1956 Term of court.

■ JAMES R. PRIVITERA, Respondent, v. CORNELIUS F. SULLIVAN, Appellant.— Motion for a stay denied.